# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHARISSE L. SMITH  
506 S. 5TH STREET  
ROCKFORD, IL  61104

SSN-xxx-xx-0047

Case Number: 04-75393

Case filed on: 10/28/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,812.50                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CHARISSE L. SMITH | 0.00 | 0.00 | 112.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 112.50 | 0.00 |
| 001 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CARAOTTA CHIROPRACTIC ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | METRO TELECONNECT COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PARK DANSEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,249.76 | 1,249.76 | 804.15 | 0.00 |
| 013 | SBC CORPORATION | 556.82 | 556.82 | 358.29 | 0.00 |
| 014 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | VIVEK THAPPA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,806.58 | 1,806.58 | 1,162.44 | 0.00 |
|  | Grand Total: | 3,170.58 | 3,170.58 | 2,638.94 | 0.00 |

Total Paid Claimant:      $2,638.94  
Trustee Allowance:        $173.56  
Percent Paid Unsecured:   64.34

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer          
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008            By   /s/Heather M. Fagan